**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

JESUS GONZALEZ, *an individual*,

      Plaintiff,                                   CASE NO.: 1:24-cv-20596-DPG

vs.

METRO CHICKEN OF CALLE
OCHO LLC d/b/a POPEYES #13059
*a Florida limited liability company*,

      Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff, JESUS GONZALEZ, and Defendant, METRO CHICKEN OF CALLE OCHO LLC d/b/a POPEYES #13059 hereby notify this Court that a settlement in principle has been reached in this case.  The parties are in the process of finalizing the terms of their agreement and request a stay for thirty (30) days for Plaintiff to either file his Notice of Dismissal with Prejudice or for litigation to resume.

                    Respectfully Submitted,

                    **LAW OFFICES OF NOLAN KLEIN**
                    *Attorneys for Plaintiff*
                    5550 Glades Road, Suite 500
                    Boca Raton, FL 33431
                    PH: (954) 745-0588

                    By:  */s/ Nolan Klein*
                    NOLAN KLEIN, ESQ.
                    Florida Bar No. 647977
                    klein@nklegal.com
                    amy@nklegal.com

                        and

**ENTIN LAW GROUP, P.A.**
*Co-counsel for Plaintiff*
1213 S.E. 3rd Avenue
Fort Lauderdale, FL 33316
Tel: (954) 761-7201

By:   */s/ Joshua M. Entin*
JOSHUA M. ENTIN, ESQ.
Florida Bar No. 493724
josh@entinlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing instrument was e-filed with the Clerk

of the Court using CM/ECF, this **19th** day of **June,** 2024.

By:   */s/ Nolan Klein*
NOLAN KLEIN, ESQ.

## SERVICE LIST:

**JUSTIN C. SOREL, ESQ.**
Florida Bar No. 0016256
COLE, SCOTT & KISSANE, P.A.
Esperante Building
222 Lakeview Avenue, Suite 120
West Palm Beach, FL 33401
Telephone: (561) 383-9229
Facsimile: (561) 683-8977
Primary e-mail: justin.sorel@csklegal.com
Secondary e-mail: dolly.widelitz@csklegal.com

2