JESUS GONZALEZ,

        Plaintiff,

v.

METRO CHICKEN OF CALLE
OCHO LLC d/b/a POPEYES #13059,

        Defendant.

                              /

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff and Defendant, through their respective counsel, hereby stipulate that this lawsuit shall be dismissed with prejudice, including all claims Plaintiff has asserted against Defendant in this lawsuit, with each party to bear his or its own costs and attorneys' fees, except as specified to the contrary in the parties' written settlement agreement resolving this matter.

Respectfully submitted this <u>5th</u> day of <u>July</u> 2024.


| | |
|---|---|
| */s/ Joshua Entin* | */s/ Justin Sorel* |
| Nolan Klein, Esq. | Justin C. Sorel, Esq. |
| Florida Bar No. 647977 | Florida Bar No. 0016256 |
| Law Offices of Nolan Klein, P.A. | Cole, Scott & Kissane, P.A. |
| 5550 Glades Road, Ste. 500 | Esperante Building |
| Boca Raton, FL 33431 | 222 Lakeview Avenue, Suite 120 |
| Ph: (954) 745-0588 | West Palm Beach, FL 33401 |
| klein@nklegal.com | Ph: (561) 383-9229 |
| | Justin.sorel@csklegal.com |
| Joshua M. Entin, Esq. | *Attorneys for Defendant* |
| Florida Bar No. 493724 | |
| Entin Law Group, P.A. | |
| 1213 S.E. 3rd Avenue | |
| Fort Lauderdale, FL 33316 | |
| Ph : (954) 761-7201 | |
| josh@entinlaw.com | |
| *Attorneys for Plaintiff* | |